No. A–797 (71–994). EPSTEIN v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN are of the opinion that the stay should be granted.

No. 71–5470. BEASLEY v. UNITED STATES;

No. 71–5707. SMITH v. MACGRUDER;

No. 71–5710. HORTON v. NORTH CAROLINA; and

No. 71–5711. ENLOW v. LASH, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–5701. LAUCHLI v. POOS, U. S. DISTRICT JUDGE;

No. 71–5713. MOORE v. WHIPPLE, U. S. DISTRICT JUDGE; and

No. 71–5751. MCCRAY v. ARRAJ, U. S. DISTRICT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 71–798. SILK v. KLEPPE, ADMINISTRATOR OF SMALL BUSINESS ADMINISTRATION. Motion to dispense with printing petition granted. Motion for leave to file petition for writ of mandamus denied.

No. 71–873. UNITED STATES v. FALSTAFF BREWING CORP. ET AL. Appeal from D. C. R. I. Probable jurisdiction noted and case set for oral argument with No. 71–703 [*United States* v. *First National Bancorporation, Inc.,* probable jurisdiction noted, *ante,* p. 915].

No. 71–879. HEUBLEIN, INC. v. SOUTH CAROLINA TAX COMMISSION. Appeal from Sup. Ct. S. C. Probable jurisdiction noted.